■ KOLLSMAN INSTRUMENT CORPORATION, Respondent-Appellant, v. DAILY MIRROR, INCORPORATED, et al., Appellants-Respondents.— Plaintiff claims to have been libeled by an article commenting upon its labor relations with its employees which appeared in a syndicated column in a daily newspaper of wide circulation. In opposition to defendants' motion to vacate plaintiff's notice of examination before trial, plaintiff has failed to show any special circumstances warranting examination other than the general statement of one of its attorneys that it is necessary for the proper preparation and presentation of the case. The necessity for establishing special circumstances in order to obtain an examination before trial in actions for defamation has not been altered by the adoption of rule 121-a of the Rules of Civil Practice (*Malus* v. *Sperry Corp.*, 133 N. Y. S. 2d 286, affd. 282 App. Div. 939; *Oilan* v. *Random House*, 205 Misc. 879; New York County Supreme Court Trial Term Rules, rule XI). The circumstances presented here do not justify a broad examination on such matters as publication, distribution, truth, malice and fair comment. The order appealed from is reversed, on the facts and in the exercise of discretion, with $20 costs and disbursements to defendants-appellants, and motion to vacate the examination is granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ ANNETTE H. SLAFF, Appellant, v. MAURICE M. SLAFF, Defendant, and GUYON-FRIEDMAN EMPLOYEES PENSION PLAN et al., Respondents.— Order unanimously affirmed, without costs, and without prejudice to determination of issue involved in any pending or other proceeding which may be appropriate. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOUL, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAUREEN MACDONNELL, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of GEORGE V. FERGUSON, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT HUNTER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ HYMAN BADNER, Appellant, v. FONDA CONTAINER CO., INC., et al., Respondents, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ. [13 Misc 2d 831.]

■ SAMUEL R. ROSENBAUM, as Trustee under Phonograph Record Trust Agreement (January 1, 1954) and Hollywood Film Trust Agreement (February 1, 1954) and Trust Agreement with REPUBLIC PICTURES, INC., Respondent, v. HARRY MELNIKOFF et al., Individually and as Representatives of All Other Musicians Similarly Situated, Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent. No opinion. Concur — Botein, P. J., Valente, McNally and Stevens, JJ. [15 Misc 2d 601.]